[Nos. 19808–4–I; 20250–2–I.   Division One.   September 28, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL D.
KIDDER, *Appellant.*

Appeals from a judgment of the Superior Court for Skagit County, No. 86–1–00179–3, Harry A. Follman, J.,

entered December 12, 1986. *Dismissed* by unpublished per curiam opinion.